# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
v.  
Samuel H. Hall

CITATION/CASE NO. **5:07-cr-10 TAG**  
(Class A Misdemeanor)

**ORDER TO PAY & Judgment**

SOCIAL SECURITY #: _____  
DATE of BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
City _____ State _____ Zip Code _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____    _____  
                        Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ **150.00**     (✓) Penalty ASSESSMENT of $ **25.00**  
( ) PROCESSING Fee of $ _____    for a **TOTAL AMOUNT** of $ **175.00**,  
paid within **30** (days) / ~~months~~ OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____  
( ) RESTITUTION _____  
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with Proof mailed to the Clerk of the Court.  
( ) Traffic School By: _____ with Proof mailed to _____  
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU  
PO Box 70939  
Charlotte, NC 28272-0939  
1-800-827-2982

~~CLERK, U.S.D.C.~~  
~~501 'I' St., #4-200~~  
~~Sacramento, CA 95814~~

**CLERK, U.S.D.C.**  
**2500 Tulare St., Rm 1501**  
**Fresno, CA 93721**

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **5/11/2007**   _____  
for U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office;  2) Page 2 & 3 - for defendant          EDCA - Rev 3/2007